IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

A.C., by and through his mother and next
friend, MARIA VITALE, an individual,

    Plaintiff,

vs.

SOLEN USA, LLC,

    Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and D.C.Colo.LCivR 81.1, Defendant Solen USA, LLC ("Solen" or "Defendant"), hereby respectfully gives notice of removal of the above-captioned action from the District Court for the County of Jefferson, Colorado, to the United States District Court for the District of Colorado.  As grounds for this removal, Solen states as follows:

    1.    On September 8, 2022, Plaintiff A.C., by and through his mother and next friend, Maria Vitale ("A.C." or "Plaintiff") commenced this action by filing a Complaint against Solen in Colorado state court in the civil action styled *A.C. v. Solen USA, LLC*, Case No. 2022CV31048 (Jefferson Cty.).

    2.    A copy of the Complaint filed in the Colorado case is attached as Exhibit 1.

    3.    A.C. alleges claims of breach of implied warranty, negligence, misrepresentation, violation of C.R.S. section 6-1-101, et. seq., and negligent infliction of emotional distress against Solen. Solen denies these claims.

4. Service was effectuated on Defendant on October 7, 2022 by execution of a waiver of service form. A copy of the waiver of service form is attached hereto as Exhibit 2.

5. The Colorado state court has not entered a case management order. A copy of the state court docket is attached as Exhibit 3. No hearings or conferences are scheduled in the Colorado state court action.

6. This case can be removed because it is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332. The matter in controversy exceeds the sum or value of $75,000. *See* 28 U.S.C. § 1332(a). Further, this is a civil action between citizens of different states. *See* 28 U.S.C. § 1332(a)(1). A.C. and Maria Vitale are individuals domiciled in Wheat Ridge, Colorado. *See* Ex. 1 ¶ 1. Thus, Plaintiff is a citizen of Colorado. Defendant is a Georgia limited liability company with its principal place of business at 3348 Peachtree Rd NE Ste 700, Atlanta, Georgia, 30326. Defendant's sole member is a citizen of Istanbul, Turkey. Thus, Defendant is a citizen of the state of Georgia and the country of Turkey. Accordingly, complete diversity exists under 28 U.S.C. § 1332(a)(1).

7. Defendant is the only defendant in this action and consents to removal.

8. This Notice is timely filed within thirty (30) days after the filing of the Complaint and service thereof on Defendant.

9. Pursuant to 28 U.S.C. § 1446(d), Defendant will file a copy of this notice of removal with the Clerk of the Colorado state court. *See* Exhibit 4.

-3-

WHEREFORE, for the foregoing reasons, Defendant respectfully request that the above-referenced action be removed to the United States District Court for the District of Colorado.

Dated October 25, 2022.

Respectfully submitted,

 s/Alexandria E. Pierce
Andrew C. Lillie
Alexandria E. Pierce
Holland & Hart, LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000
aclillie@hollandhart.com
aepierce@hollandhart.com


**ATTORNEYS FOR DEFENDANT
SOLEN USA, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, I have caused to be electronically filed the foregoing (including exhibits) with the Clerk of Court using the CM/ECF system and have served a copy of the foregoing (with exhibits) on the following counsel for Plaintiff via e-mail:

Spencer J. Kontnik
Morgan E. Hamrick
KONTNIK COHEN, LLC
201 Steele Street, Suite 210
Denver, CO 80206
Ph: (720) 449-8448
skontnik@kontnikcohen.com
mhamrick@kontnik.com

*Attorneys for Plaintiff*
*A.C.*

I further hereby certify that on October 25, 2022, I caused to be electronically filed foregoing (including exhibits) with the Clerk of the District Court, County of Jefferson, State of Colorado, using the Colorado Courts E-Filing System.

*s/ Alexandria E. Pierce*